```
                                              ☒ FILED      ___ LODGED
                                              ___ RECEIVED ___ COPY

                                                  MAR 2 6 2024
                                              CLERK U S DISTRICT COURT
                                              DISTRICT OF ARIZONA
                                              BY_____ DEPUTY
```
(REDACTED FOR PUBLIC DISCLOSURE)

GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON OWEN
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.owen@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Robert Edwards,<br>(Counts 1 – 16)<br><br>2. Jacarra Jordan,<br>(Counts 1, 3 – 8)<br><br>3. DeSean Jones, and,<br>(Counts 1, 9 – 13)<br><br>4. Alexis Nelson,<br>(Counts 1, 14 – 16)<br><br>Defendants. | No. CR-24-00528-PHX-JJT (DMF)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 371<br>(Conspiracy)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 2<br><br>18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2<br>(Material False Statement During the Purchase of a Firearm, Aid and Abet)<br>Counts 3 – 16<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Between on or about December 1, 2020 and August 14, 2021, in the District of Arizona and elsewhere, Defendants ROBERT EDWARDS, JACARRA JORDAN, DeSEAN JONES, and ALEXIS NELSON did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the

grand jury, to commit offenses against the United States, that is: in connection with the acquisition of a firearm from a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, to knowingly make a false and fictitious written statement to the dealer of firearms, which statement was intended and likely to deceive the dealer of firearms as to a fact material to the lawfulness of such sale, in that the purchaser of the firearm stated that he/she was the actual transferee/buyer of the firearm when in fact he/she was acquiring the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## Purpose of the Conspiracy

The purpose of this conspiracy was to obtain firearms from a licensed dealer of firearms by means of knowing false statements and representations that concealed the identity of the true purchaser of the firearm(s) from the records the dealer was required to maintain.

## The Means and Methods of the Conspiracy

The means and methods employed by Defendants ROBERT EDWARDS, JACARRA JORDAN, DeSEAN JONES, and ALEXIS NELSON to carry out the conspiracy and effect its unlawful objects are as follows:

1. It was part of the conspiracy that Defendants JACARRA JORDAN, DeSEAN JONES and ALEXIS NELSON would purchase firearms in the District of Arizona with the intention to provide the firearms to Defendant ROBERT EDWARDS.

2. It was a further part of the conspiracy that Defendants JACARRA JORDAN, DeSEAN JONES and ALEXIS NELSON would make false statements and representations on the ATF Form 4473 regarding the actual purchaser/buyer of each of the firearms.

3. It was a further part of the conspiracy that Defendant ROBERT EDWARDS would provide money to Defendants JACARRA JORDAN, DeSEAN JONES and ALEXIS NELSON to purchase firearms.

4. It was a further part of the conspiracy that Defendant ROBERT EDWARDS would then sell and transfer the firearms to other people.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

1. Between on or about December 1, 2020 and August 14, 2021, Defendant ROBERT EDWARDS knowingly induced and procured Defendants JACARRA JORDAN, DeSEAN JONES and ALEXIS NELSON to make false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business.

2. On six (6) separate occasions during the procurement of a total of twelve (12) firearms, Defendant JORDAN JACARRA completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, containing statements or representations that she knew to be false.

3. On four (4) occasions during the procurement of a total of six (6) firearms, Defendant DeSEAN JONES completed a Department of Justice, ATF Form 4473, Firearms Transaction Record, containing statements or representations that he knew to be false.

4. On three (3) separate occasions during the procurement of a total of four (4) firearms, Defendant ALEXIS NELSON completed a Department of Justice, ATF Form 4473, Firearms Transaction Record, containing statements or representations that she knew to be false.

5. Defendant ROBERT EDWARDS provided money to Defendants JORDAN JACARRA, DeSEAN JONES and ALEXIS NELSON to make the firearm purchases.

6. Defendant JORDAN JACARRA, DeSEAN JONES and ALEXIS NELSON provided the purchased firearm(s) to Defendant ROBERT EDWARDS.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or between December 1, 2020 and August 14, 2021, in the District of Arizona, Defendant ROBERT EDWARDS, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS 3 – 8

On or about the dates listed below, in the District of Arizona, Defendant ROBERT EDWARDS aided and abetted Defendant JACARRA JORDAN who knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JACARRA JORDAN did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual transferee/buyer, whereas in truth in fact, she was purchasing the firearms on behalf of Defendant ROBERT EDWARDS:

| Count | Date | Business (FFL) |
|---|---|---|
| 3 | 8/19/2021 | Bear Arms |
| 4 | 7/9/2021 | Windy City Pawnbrokers |
| 5 | 4/29/2021 | Alpha Dog |

| 6 | 4/27/2021 | Pawn 1st |
| 7 | 2/25/2021 | Windy City Pawnbrokers |
| 8 | 2/24/2021 | Randall's Sporting Goods |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

### COUNTS 9 – 13

On or about the dates listed below, in the District of Arizona, Defendant ROBERT EDWARDS aided and abetted Defendant DeSEAN JONES who knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant DeSEAN JONES did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual transferee/buyer, whereas in truth in fact, he was purchasing the firearms on behalf of Defendant ROBERT EDWARDS:

| Count | Date | Business (FFL) |
|---|---|---|
| 9 | 3/2/2021 | Windy City Pawnbrokers |
| 10 | 2/23/2021 | Mo Money Pawn |
| 11 | 2/23/2021 | Windy City Pawnbrokers |
| 12 | 2/23/2021 | Arizona Firearms & Accessories |
| 13 | 2/22/2021 | Smart Pawn First |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**COUNTS 14 – 16**

On or about the dates listed below, in the District of Arizona, Defendant ROBERT EDWARDS aided and abetted Defendant ALEXIS NELSON who knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ALEXIS NELSON did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual transferee/buyer, whereas in truth in fact, she was purchasing the firearms on behalf of Defendant ROBERT EDWARDS:

| Count | Date | Business (FFL) |
|---|---|---|
| 14 | 8/14/2021 | Glockmeister LLC |
| 15 | 8/13/2021 | Alpha Dog |
| 16 | 1/14/2021 | Sportsman's Warehoue |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 16 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C., Sections 924(d) and 981, 21 U.S.C., Sections 853 and 881, and 28 U.S.C., Section 2461(c), and upon conviction of the offenses alleged in Counts 1 through 16 of this Indictment, the Defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the Defendants' property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of, such offense as to which property the Defendants are liable.

If any forfeitable property, as a result of any act or omission of the Defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C., Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: March 26, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
ADDISON OWEN
Assistant U.S. Attorney

- 7 -